United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

IN RE:  
David Shane Harris and Jessica Ruth Harris

CASE NO. 17–31881  
CHAPTER 13

Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*53* – Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

> Amount: $ 890.00  
> Owed to: TEXAS WORK FORCE COMMISSION

Signed and Entered on Docket: 6/7/22.

by: <u>Kristy Love</u>  
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.